United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

DINORATH VILLALOBOS, et al.,

Plaintiffs,

v.

D2C, LLC,

Defendant.

Case No. 24-cv-01517-BLF

**ORDER TERMINATING MOTION TO DISMISS AS MOOT; AND VACATING HEARING**

[Re: ECF No. 21]

The Motion to Dismiss filed by Defendant D2C, LLC and set for hearing on September 26, 2024 is hereby TERMINATED AS MOOT in light of the filing of the first amended complaint. *See* Fed. R. Civ. P. 15(a)(1)(B). The hearing is VACATED.

**IT IS SO ORDERED.**

Dated: June 7, 2024

BETH LABSON FREEMAN
United States District Judge