# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DINORATH VILLALOBOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> D2C, LLC, <br><br> Defendant. | Case No. 24-cv-01517-BLF <br><br> **ORDER STRIKING PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO COMPLY WITH STANDING ORDERS** <br><br> [Re: ECF No. 36] |

Plaintiff has submitted an opposition to motion to dismiss that fails to comply with this Court's standing orders because it contains single-spaced footnotes with citations to evidence or case law. *See* Standing Order re Civil Cases § IV.F. The opposition is hereby STRICKEN. Plaintiff SHALL refile a compliant document with no footnotes no later than July 24, 2024.

**IT IS SO ORDERED.**

Dated: July 19, 2024

_____
BETH LABSON FREEMAN
United States District Judge